JUDGE SCHOFIELD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 16 CV 8558

------------------------------------------------------------ x

MICHAEL RICHARD KAYE,

              Plaintiff,

     - against -

CARTOON NETWORK, INC.,
TURNER BROADCAST SYSTEMS,
INC., CABLE NEWS NETWORK,
INC., TIME WARNER, INC., BOOM
ENTERTAINMENT, INC., REBECCA
SUGAR, IAN JONES-QUARTEY, AND
DOES 1-10, INCLUSIVE,

              Defendants.

------------------------------------------------------------ x

Civil Action No.

COMPLAINT

*Jury Trial Demanded*

Plaintiff Michael Richard Kaye, for his complaint against the above Defendants (jointly-"Defendants") herein, alleges:

## Parties and Jurisdiction

1. Plaintiff Michael Richard Kaye ("Plaintiff" or "Kaye") is an individual residing at 9413 SW 51 Place, Cooper City, Florida 33328. Plaintiff is the owner and creator of "Amphoman". Plaintiff owns 31 Copyrights protecting his Amphoman creation. Copies of those Copyrights are attached hereto as Exhibit A.

2. Upon information and belief, defendant Cartoon Network, Inc. ("CN") is a Delaware corporation with a principal place of business at 1050 Techwood Drive NW, Atlanta, Georgia 30318. CN also has its operational headquarters at The Time Warner Center, 10 Columbus Circle, New York, New York 10019. CN is a wholly owned subsidiary of Turner Broadcast

Systems, Inc. ("TBS").  CN produces the show "Steven Universe" and sells related products, such as Steven Universe video games, short films, companion books and toys.

3.   Upon information and belief, defendant TBS is a Georgia corporation with a principal place of business at One CNN Center, Atlanta, Georgia 30303.  TBS is a division of Time Warner, Inc. (TWI).

4.   Upon information and belief, defendant Cable News Network, Inc. ("CNN") is a Delaware corporation with a principal place of business at One CNN Center, Atlanta, Georgia 30303.  CNN also has a principal place of business at The Time Warner Center, 10 Columbus Circle, New York, New York 10019.  CNN is owned by TBS.

5.   Upon information and belief, defendant TWI is a Delaware corporation with a principal place of business at The Time Warner Center, 10 Columbus Circle, New York, New York 10019.  TWI owns CN through TWI's subsidiary TBS.

6.   Upon information and belief, defendant Boom Entertainment, Inc. ("Boom") is a California corporation with a principal place of business at 6310 San Vincente Boulevard, Los Angeles, California 90048.  KaBoom! ("KaBoom!") is a division of Boom.  KaBoom! publishes the Steven Universe comic books.

7.   Upon information and belief, defendant Rebecca Sugar ("Sugar") is an individual who created Steven Universe and wrote stories for Steven Universe.

8.   Upon information and belief, defendant Ian Jones-Quartey ("Jones-Quartey") is an individual and is a creative director, supervising director and writer for Steven Universe.

9.   The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as Does 1 through 10, are unknown to Plaintiff, who therefore sues such Defendants by such fictitious names (the "Doe Defendants").  Plaintiff will seek leave of

Court to amend this Complaint to state their true names and capacities when they have been ascertained. Plaintiff believes that the Doe Defendants are liable to Plaintiff as a result of their participation of some or all of the acts set forth herein.

10. This action arises under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*

11. This Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

12. This Court has personal jurisdiction over the Defendants because, among other things, Defendants are doing business in this judicial district, a number of the Defendants have principal places of business in this judicial district, the acts complained of herein occurred in this judicial district and Defendants have caused injury to Plaintiff and his intellectual property in this judicial district.

13. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c), and/or § 1400(a).

**Facts**

14. Plaintiff began developing his Amphoman creation in 1989. In 1991 Plaintiff named his main character Ulrius Joules. In 1992 Plaintiff created an Amphoman storyboard for a comic book "Ulrius Joules is Amphoman #1". Plaintiff received his first Copyright for this work, VAu333-287, on February 22, 1995.

15. Plaintiff then developed his second Amphoman story "Amphoman Presents Big Exam". This work was published as a comic strip on February 20, 1995 in the Broward Community College newspaper The Observer ("BBC Observer"). This was the first publication of Plaintiff's Amphoman creation. It is protected by Copyright VA 753-090 issued March 22,

1995. Through the rest of 1995 and through about October 28, 1996, many other Amphoman comic strips were published in the BBC Observer.

16. Plaintiff also developed subsequent comics and comic books, all of which are protected by the Copyrights attached hereto as Exhibit A.

17. Plaintiff has also maintained an on-line presence for Amphoman. For example, in 2003 he opened www.lunchboxcollector.com, and on July 25, 2009 he bought the domain name www.Amphoman.com. He has sold Amphoman comics through these websites. On January 21, 2010 he opened a twitter account, https://twitter.com/amphoman, which has over 500 followers. Plaintiff has other on-line accounts.

18. Plaintiff has also sent his Amphoman work to Defendants. For example, on June 12, 2012 he contacted Pressroom@turner.com about his story of Amphoman "My Big American Dream". On June 3, 2013, Plaintiff posted a discussion about Amphoman on LinkedIn. It was the top posting for about 2 weeks. Plaintiff forwarded a link to the active LinkedIn discussions to CNN at its "CONTACT US/NEWS TIPS" link on June 5, 2013 and on the same day, CNN acknowledged receipt of the email via its address CNN.Viewer.Communications.Management@cnn.com. On July 6, 2013 Plaintiff made front page news in the Sun-Sentinel for his Amphoman work. He forwarded the article to CNN at the above CNN.Viewer address on July 8, 2013 and on the same day CNN confirmed safe receipt of the email.

19. Amphoman contains a number of ideas and elements which are essential to the Copyright protected work. For example, Universe Gems fall from the sky and are scattered about Earth. These gems come in different sizes and possess different powers, weapons and superhuman abilities. If a person encounters a gem it embeds on the body. The gems can embed

on heroes and villains. The person with the embedded gem does not know if he or she has any powers or what those powers might be. Also, the power of the gem is activated by a specific event, and the person embedded with the gem does not know what that event is. He or she must discover it through trial and error. Because the gems can embed on villains the gems pose a threat. Ulrius Joules is the star of Amphoman. He is socially awkward and trying to fit in at school. A gem embeds on him and he discovers what powers he has and how to activate his powers. He becomes a hero. He hunts down and defeats villains embedded with gems. Once a villain is defeated the gem pops off and the villain loses the gem powers. Ulrius Joules retrieves the gem for safe keeping.

20. Plaintiff first became aware of Steven Universe when he saw an episode which aired on CN on November 4, 2013. The Steven Universe show, as well as Steven Universe cartoons, video games, short films, companion books, toys, comics and related products copy many of the Copyright protected aspects of the earlier developed Amphoman. Indeed, attached hereto as Exhibit B is a non-exhaustive comparison showing 60 times Steven Universe copied Amphoman.

21. Given the public availability of Amphoman, the fact that Amphoman was brought to the attention of Defendants at least three times by Plaintiff, and the large number of detailed similarities between Amphoman and Steven Universe, Defendants cannot credibly argue that Steven Universe was developed independently. Rather, Steven Universe copied these Copyright protected ideas and elements from Amphoman.

22. This copying was done without the knowledge or consent of Plaintiff. Plaintiff has been damaged by this copying.

**CLAIM FOR RELIEF**

23. Paragraphs 1 through 22 are incorporated by reference herein as if fully set forth at length.

24. Plaintiff has fully complied with all Federal Copyright laws.

25. Defendants had access to Amphoman and copied it.

26. Through their conduct set forth above, Defendants have infringed Plaintiff's Copyrights in Amphoman in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

27. Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiff's rights.

28. As a direct and proximate result of such infringement by Defendants, Plaintiff is entitled to damages in an amount to be proven at trial.

29. Plaintiff is also entitled to Defendants' profits attributable to the infringement pursuant to 17 U.S.C. § 504(b).

30. Plaintiff is further entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

31. As a direct and proximate result of the foregoing acts and conduct, Plaintiff has sustained and will continue to sustain substantial, immediate and irreparable injury, for which there is no adequate remedy at law. Unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiff's rights to Amphoman.

**WHEREFOR,** Plaintiff demands judgment:

For damages in such amount as may be found, or otherwise permitted by law;

For Defendants' profits attributable to their infringement;

For Plaintiff's costs and attorneys' fees;

For a permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert of or participating with any of them, from continuing to infringe Plaintiff's Copyrights in Amphoman;

For prejudgment interest according to law; and

For such other and further relief as the Court may deem just and proper.

Plaintiff demands a trial by jury.

Dated:  Cooper City, Florida
         November 3, 2016

Michael Richard Kaye

Pro Se
9413 SW 51 Place
Cooper City, Florida 33328
(561) 628-4369
kpeople@hotmail.com

# EXHIBIT A

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

# FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VAu 333-187

EFFECTIVE DATE OF REGISTRATION

FEB 2 2 1995

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼

Ampho Man

NATURE OF THIS WORK ▼ See instructions

Marker drawing

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

Michael Richard Kaye

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
10-25-76

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of

NATURE OF AUTHORSHIP  Check appropriate box(es)  See instructions
☐ 3-Dimensional sculpture        ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork          ☐ Photograph       ☒ Text (comic book)
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

death blank

NATURE OF AUTHORSHIP  Check appropriate box(es)  See instructions
☐ 3-Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph       ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
1995
◀ Year in all cases

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶       Day ▶       Year ▶
◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Michael R. Kaye
11400 S W 1st street
Coral Springs, FL 33071

See instructions before completing this space.

APPLICATION RECEIVED
[illegible]
ONE DEPOSIT RECEIVED
[illegible]
TWO DEPOSITS RECEIVED
[illegible]
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

* FORM VA

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**5**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**      **Account Number ▼**

**7**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Michael R. Kaye
11400 S.W. 1st Street
Coral Springs, FL 33071

Area Code and Telephone Number ▶ (305) 344-0858

Be sure to
give your
daytime phone
◀ number

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____ Michael R. Kaye
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Richard Kaye      Date ▶ 2-14-95

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
Michael R. Kaye

Number/Street/Apt ▼
11400 s.w. 1st Street.

City/State/ZIP ▼
Coral Springs, FL 33071

**Certificate
will be
mailed in
window
envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ask
for and collect the fees
and to collect the required
fees by law.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE 1993-342-582/80,021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

**VA 753-090**

EFFECTIVE DATE OF REGISTRATION

*March 22 1995*

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Ampho Man Present

**NATURE OF THIS WORK ▼** See instructions
Black inle comic strip
some versions are colored

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
The Observer (college newspaper)

If published in a periodical or serial give: **Volume ▼** 2   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2 a NAME OF AUTHOR ▼**
Mike Du Lane

**DATES OF BIRTH AND DEATH**
**Year Born ▼** 1976   **Year Died ▼**

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
[ ] 3-Dimensional sculpture   [ ] Map   [ ] Technical drawing
[X] 2-Dimensional artwork   [ ] Photograph   [X] Text
[ ] Reproduction of work of art   [ ] Jewelry design   [ ] Architectural work
[ ] Design on sheetlike material

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼**   **Year Died ▼**

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
[ ] 3-Dimensional sculpture   [ ] Map   [ ] Technical drawing
[ ] 2-Dimensional artwork   [ ] Photograph   [ ] Text
[ ] Reproduction of work of art   [ ] Jewelry design   [ ] Architectural work
[ ] Design on sheetlike material

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. **◀ Year** 1994

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
**Month ▶** Feb **Day ▶** **Year ▶** 1994
**Nation** U.S.A

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Mike Du Lane
1100 Cam Drive
Coral Springs, Florida

See instructions before completing this space

APPLICATION RECEIVED
AUG 15 1995
ONE DEPOSIT RECEIVED
AUG 15 1995 *paid 22/19*
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼



**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼



See instructions
before completing
this space



**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                              **Account Number** ▼



**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Mike R. Kaye
...
...

Area Code and Telephone Number ▶ (305) 344-1945

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☒ owner of exclusive right(s)

☐ authorized agent of _____

*Name of author or other copyright claimant, or owner of exclusive right(s)* ▲

Mike R. Kaye   8/4/95



of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mike R. Kaye                                      Date ▶ August 4, 1995

 **Handwritten signature (X)** ▼ 

_____

**MAIL
CERTIFI-
CATE TO**

Name ▼
Mike R. Kaye

Number/Street/Apt ▼
...

City/State/ZIP ▼
...

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER                    ✰ U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-906-765

**Effective date of registration:**

August 12, 2014

---

## Title

**Title of Work:** Dr. Ulrius Joules is Amphoman Superhero Comic Book

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 8, 2012          **Nation of 1st Publication:** United States

## Author

**Author:** Michael R Kaye

**Author Created:** entire motion picture

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Michael R Kaye

9413 sw 51 Place, Cooper City, FL, 33328

## Limitation of copyright claim

**Material excluded from this claim:** Amphoman Comic book

**Previous registration and year:** VAu333-187   02/22/1995

VA753-090   03/22/1995

**New material included in claim:** production as a motion picture, Youtube video

## Rights and Permissions

**Name:** Michael R Kaye

**Email:** kpeople@hotmail.com          **Telephone:** 561-628-4369

**Address:** 9413 sw 51 Place

Cooper City, FL 33328

## Certification

**Name:** Michael R. Kaye

**Date:** August 12, 2014

---

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-735-629**

**Effective date of
registration:**

July 15, 2014

## Title

**Title of Work:** Amphoman Power of the Gems (animated cartoon script and trailer)

## Completion/Publication

**Year of Completion:** 2012

## Author

■ **Author:** Michael R Kaye

**Author Created:** text

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Michael R Kaye

9413 sw 51 Place, Cooper City, FL, 33328

## Limitation of copyright claim

**Material excluded from this claim:** text (screenplay, scripts, other), Dr. Ulrius Joules is... Amphoman #1,
Amphoman Presents

**Previous registration and year:** VAu333-187    02/22/1995

VA753-090    03/22/1995

**New material included in claim:** text (screenplay, scripts, other)

## Rights and Permissions

**Name:** Michael R Kaye

**Email:** kpeople@hotmail.com        **Telephone:** 561-628-4369

**Address:** 9413 sw 51 Place

Cooper City, FL 33328

## Certification



Name:   Michael R. Kaye

Date:   July 15, 2014

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-918-342

**Effective date of registration:**

July 15, 2014

---

## Title

**Title of Work:** Amphoman Presents

**Contents Titles:** Amphoman Presents April 8, 1996

Amphoman Presents April 24, 1995

Amphoman Presents April 10, 1995

Amphoman Presents August 23, 1995

Amphoman Presents December 11, 1995

Amphoman Presents March 27, 1995

Amphoman Presents November 20, 1995

Amphoman Presents October 28, 1996

Amphoman Presents September 6, 1995

Amphoman Presents September 11, 1995

## Completion/Publication

**Year of Completion:** 1995

**Date of 1st Publication:** February 20, 1995    **Nation of 1st Publication:** United States

## Author

■    **Author:** Michael Richard Kaye

**Author Created:** text, 2-D artwork, comic book series

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1976

## Copyright claimant

**Copyright Claimant:** Michael Richard Kaye

9413 SW 51 Place, Cooper City, FL, 33328, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, 2-D artwork, Dr. Ulrius Joules is... Amphoman 1, Amphoman Presents

**Previous registration and year:** VAu333-187    02/22/1995

VA753-090      03/22/1995

**New material included in claim:**  text, 2-D artwork, comic book derivatives, comic strip derivatives

## Rights and Permissions

**Name:** Michael R Kaye

**Email:** kpeople@hotmail.com                    **Telephone:**   561-628-4369

**Address:** 9413 sw 51 Place

Cooper City, FL 33328

## Certification

**Name:** Michael R. Kaye

**Date:** August 13, 2014

**Correspondence:** Yes



Registration #:   VA0001918342
Service Request #: 1-1587649861



Michael R Kaye
9413 sw 51 Place
Cooper City, FL 33328

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-183-170

**Effective date of registration:**

October 3, 2014

---

## Title

**Title of Work:** Collection of (unpublished) Early Comic Drafts 1989-1997 Ampho "Power of Gems"

**Contents Titles:** first amphoman draft 1991

first Bleash drawing

Black Thunder Amphoman second draft 1991

Ulrius Joules (human form)

first amphoman character drafts 1989,1990

First Brain Demon draft 1990

First White Brazer draft (becomes Crazy Crab in Amphoman series)

First Bleash draft becomes (Chief Gunhawk gem powered in Amphoman series)

First Black Thunder 1991 (becomes Black Bull in Amphoman series)

group of 3 superheroes only amphoman gem powered

softcopyrights for Black Thunder and Bleash

Early draft of "Story of 4 Gems"

group image of 4 gem bearing superheroes

various drawings of gem powered Ulrius Joules as Amphoman

ad page from original amphoman #1 comic

Character design sheets and other gem powered characters

B/W sketch drafts of Gem themed Amphoman comic book drafts.

hand painted amphoman in framed glass

## Completion/Publication

**Year of Completion:** 1989

## Author

**Author:** MICHAEL RICHARD KAYE

**Author Created:** text, 2-D artwork

**Citizen of:** United States       **Domiciled in:** United States

**Year Born:** 1976

## Copyright claimant

**Copyright Claimant:** MICHAEL RICHARD KAYE

9413 SW 51 PLACE, COOPER CITY, FL, 33328

## Limitation of copyright claim

**Material excluded from this claim:** text, 2-D artwork

**Previous registration and year:** VAu333-187    02/22/1995

VA753-090    03/22/1995

**New material included in claim:** text, 2-D artwork

## Certification

**Name:** MICHAEL KAYE

**Date:** October 3, 2014

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-183-486

**Effective date of
registration:**

July 15, 2014

---

### Title

**Title of Work:** Gem Powered Amphoman Saves Earth (statue)

### Completion/Publication

**Year of Completion:** 1997

### Author

■ **Author:** Michael R Kaye

**Author Created:** sculpture

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Michael R Kaye

9413 sw 51 Place, Cooper City, FL, 33328

### Limitation of copyright claim

**Material excluded from this claim:** text, 2-D artwork, Dr. Ulrius Joules is. Amphoman #1

**Previous registration and year:** VAu333-187      02/22/1995

VAu753-090      03/22/1995

**New material included in claim:** sculpture

### Rights and Permissions

**Name:** Michael R Kaye

**Email:** kpeople@hotmail.com          **Telephone:** 561-628-4369

**Address:** 9413 sw 51 Place

Cooper City, FL 33328

### Certification

**Name:** Michael R. Kaye

**Date:** July 15, 2014

Correspondence:  Yes



**Registration #:** VAU001183486
**Service Request #:** 1-1587734822



Michael R Kaye
9413 sw 51 Place
Cooper City, FL 33328

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# TXu 1-958-999

**Effective Date of Registration:**
April 03, 2015

---

## Title

**Title of Work:** 1991-1992 Amphoman #1 early scripts "Origin of Four Universe Gems"

**Content Title:** Beginning thoughts of a large meteor smashing Earth, a new world other than our planet, a lab to study pearls from oysters, older brother Keever, Skyway Lewark beach apartment (page 1 of 4)

Early script ideas, a love of the Ocean and mysteries behind it, the name Ulrius (Universe), main hero's mother and father shockingly leave without warning and are dieing never to be seen again (page 2 of 4)

Original story script Ulrius Joules, researching the ocean, clams form ulcers (pearls), a glare outside his beach apartment that can't be a shell, discovering something small but shining so bright, ideas of holding an extraterrestrial gem and activating it's power (gem power) (page 3 of 4)

Bleash discovering more universe gems than just his blue gem, Brain Demon bearing a red gem uses his mind, ideas gem bearers have unstoppable powers, BlackBull using gem power to open and close Earth, Ampho hearing his gem's voice, discovering gems don't actually talk they merely communicate with the brain, 3 other men turned to gems besides Ampho's, Rolzu and Janju accidentally turned to gems by their father's light beam, father upset and turned 2 others into gems but unable to save Rolzu, father discovers in a book that living beings and oxygen will release them, Earth has that so their father launched the 4 gems into space headed for Earth, long journey through asteroid belt, blue gem sunlight, black gem darkness, red gem blood, Ampho's gem Rolzu water, Rolzu only normal one, doesn't think Washe and Chucha (other gems) are human, Ampho gem mentions they are a team, Ampho now has gem abilities is healthy and he and his gem are on a mission to stop the other (gems) (page 4 of 4)

---

## Completion/Publication

**Year of Completion:** 1991

---

## Author

- **Author:** Michael R Kaye
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States