UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
MICHAEL RICHARD KAYE,

                 Plaintiff,

                 -against-

CARTOON NETWORK, INC., TURNER
BROADCAST SYSTEMS, INC., CABLE
NEWS NETWORK, INC., TIME WARNER,
INC., BOOM ENTERTAINMENT, INC.,
REBECCA SUGAR, IAN JONES-
QUARTEY, AND DOES 1-10, INCLUSIVE,

                 Defendants.
-------------------------------------------------------X

Civil Action No. 16 Civ. 8558 (LGS)

Hon. Lorna G. Schofield

**DECLARATION OF FRANK D'ANGELO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, **FRANK D'ANGELO**, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am associated with Loeb & Loeb LLP, attorneys for defendants The Cartoon Network, Inc. ("CN, Inc.,"), Turner Broadcasting System, Inc. ("TBS, Inc."), and Boom Entertainment, Inc. ("Boom") (collectively, "Defendants") in the above-captioned action.[1]  I am fully familiar with the facts set forth herein, and respectfully submit this declaration in support of Defendants' motion to dismiss the Complaint of Plaintiff Michael Richard Kaye ("Plaintiff").

2. Consistent with the Court's Order dated May 31, 2017 (Dkt. No. 30), copies of the exhibits referenced below are submitted herewith on a bookmarked disc.

3. For ease of reference, the episode numbers for the television show *Steven Universe* referenced below correspond to the episode numbers employed by Plaintiff in Exhibit B to his Complaint, as well as to most publicly available numbering systems for episodes of

---

[1] Plaintiff incorrectly named The Cartoon Network, Inc. in his complaint as "Cartoon Network, Inc." and Turner Broadcasting System, Inc. as "Turner Broadcast Systems, Inc."

*Steven Universe*. However, because CN, Inc. and TBS, Inc.'s internal recordkeeping for *Steven Universe* episodes differ somewhat from Plaintiff's episode numbers and most publicly available numbering schemes, several of the television episodes submitted herewith as exhibits begin with a "title card" that displays a different episode number than that which is referenced below. For the purposes of this motion, those "title card" episode numbers should be disregarded entirely.

4. Submitted herewith as **Exhibit 1** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 1, which purports to have been published in February 2012. The comic book was purchased from the "LunchboxCollector.com, Inc." page on the website IndyPlanet.us, located at the URL http://www.indyplanet.us/brands/lunchboxcollectorcominc/ (the "Lunchbox Collector Website").

5. Submitted herewith as **Exhibit 2** is a true and correct copy of a "Cover Variant" of the comic book *Amphoman*, Volume 1, Issue 1, which Plaintiff refers to in his Complaint as the "Book1 remake" and which purports to have been published in September 2013. The comic book was purchased from the Lunchbox Collector Website.

6. Submitted herewith as **Exhibit 3** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 2, which was purchased from the Lunchbox Collector Website.

7. Submitted herewith as **Exhibit 4** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 3, which was purchased from the Lunchbox Collector Website.

8. Submitted herewith as **Exhibit 5** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 4, which was purchased from the Lunchbox Collector Website.

9. Submitted herewith as **Exhibit 6** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 5, which was purchased from the Lunchbox Collector Website.

10. Submitted herewith as **Exhibit 7** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 6, which was purchased from the Lunchbox Collector Website.

11. Submitted herewith as **Exhibit 8** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 7, which was purchased from the Lunchbox Collector Website.

12. Submitted herewith as **Exhibit 9** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 8, which was purchased from the Lunchbox Collector Website.

13. Submitted herewith as **Exhibit 10** is a true and correct copy of the comic book *Amphoman*, Volume 1, Issue 9, which was purchased from the Lunchbox Collector Website.

14. Submitted herewith as **Exhibit 11** is a true and correct copy of the comic book *Amphoman Funnies*, Issue 1, which was purchased from the Lunchbox Collector Website.

15. Submitted herewith as **Exhibit 12** is a true and correct copy of the comic book *Amphoman Funnies*, Issue 2, which was purchased from the Lunchbox Collector Website.

16. Submitted herewith as **Exhibit 13** is a true and correct copy of the comic book *Amphoman Funnies*, Issue 3, which was purchased from the Lunchbox Collector Website.

17. Submitted herewith as **Exhibit 14** is a true and correct copy of the Pilot episode of the television show *Steven Universe*.

18. Submitted herewith as **Exhibit 15** is a true and correct copy of Episode 1 of the television show *Steven Universe*, entitled "Gem Glow."

19. Submitted herewith as **Exhibit 16** is a true and correct copy of Episode 2 of the television show *Steven Universe*, entitled "Laser Light Cannon."

20. Submitted herewith as **Exhibit 17** is a true and correct copy of Episode 3 of the television show *Steven Universe*, entitled "Cheeseburger Backpack."

21. Submitted herewith as **Exhibit 18** is a true and correct copy of Episode 5 of the television show *Steven Universe*, entitled "Frybo."

22. Submitted herewith as **Exhibit 19** is a true and correct copy of Episode 6 of the television show *Steven Universe*, entitled "Cat Fingers."

23. Submitted herewith as **Exhibit 20** is a true and correct copy of Episode 7 of the television show *Steven Universe*, entitled "Bubble Buddies."

24. Submitted herewith as **Exhibit 21** is a true and correct copy of Episode 11 of the television show *Steven Universe*, entitled "Arcade Mania."

25. Submitted herewith as **Exhibit 22** is a true and correct copy of Episode 12 of the television show *Steven Universe*, entitled "Giant Woman."

26. Submitted herewith as **Exhibit 23** is a true and correct copy of Episode 13 of the television show *Steven Universe*, entitled "So Many Birthdays."

27. Submitted herewith as **Exhibit 24** is a true and correct copy of Episode 14 of the television show *Steven Universe*, entitled "Lars and the Cool Kids."

28. Submitted herewith as **Exhibit 25** is a true and correct copy of Episode 16 of the television show *Steven Universe*, entitled "Steven and the Sword Fighter."

29. Submitted herewith as **Exhibit 26** is a true and correct copy of Episode 17 of the television show *Steven Universe*, entitled "Lion 2: The Movie."

30. Submitted herewith as **Exhibit 27** is a true and correct copy of Episode 19 of the television show *Steven Universe*, entitled "Rose's Room."

31. Submitted herewith as **Exhibit 28** is a true and correct copy of Episode 23 of the television show *Steven Universe*, entitled "Monster Buddies."

32. Submitted herewith as **Exhibit 29** is a true and correct copy of Episode 25 of the television show *Steven Universe*, entitled "Mirror Gem."

33. Submitted herewith as **Exhibit 30** is a true and correct copy of Episode 26 of the television show *Steven Universe*, entitled "Ocean Gem."

34. Submitted herewith as **Exhibit 31** is a true and correct copy of Episode 28 of the television show *Steven Universe*, entitled "Space Race."

35. Submitted herewith as **Exhibit 32** is a true and correct copy of Episode 31 of the television show *Steven Universe*, entitled "Keep Beach City Weird."

36. Submitted herewith as **Exhibit 33** is a true and correct copy of Episode 33 of the television show *Steven Universe*, entitled "Garnet's Universe."

37. Submitted herewith as **Exhibit 34** is a true and correct copy of Episode 34 of the television show *Steven Universe*, entitled "Watermelon Steven."

38. Submitted herewith as **Exhibit 35** is a true and correct copy of Episode 35 of the television show *Steven Universe*, entitled "Lion 3: Straight to Video."

39. Submitted herewith as **Exhibit 36** is a true and correct copy of Episode 37 of the television show *Steven Universe*, entitled "Alone Together."

40. Submitted herewith as **Exhibit 37** is a true and correct copy of Episode 39 of the television show *Steven Universe*, entitled "Future Vision."

41. Submitted herewith as **Exhibit 38** is a true and correct copy of Episode 40 of the television show *Steven Universe*, entitled "On the Run."

42. Submitted herewith as **Exhibit 39** is a true and correct copy of Episode 41 of the television show *Steven Universe*, entitled "Horror Club."

43. Submitted herewith as **Exhibit 40** is a true and correct copy of Episode 42 of the television show *Steven Universe*, entitled "Winter Forecast."

44. Submitted herewith as **Exhibit 41** is a true and correct copy of Episode 43 of the television show *Steven Universe*, entitled "Maximum Capacity."

45. Submitted herewith as **Exhibit 42** is a true and correct copy of Episode 45 of the television show *Steven Universe*, entitled "Rose's Scabbard."

46. Submitted herewith as **Exhibit 43** is a true and correct copy of Episode 47 of the television show *Steven Universe*, entitled "Political Power."

47. Submitted herewith as **Exhibit 44** is a true and correct copy of Episode 48 of the television show *Steven Universe*, entitled "The Return."

48. Submitted herewith as **Exhibit 45** is a true and correct copy of Episode 49 of the television show *Steven Universe*, entitled "Jail Break."

49. Submitted herewith as **Exhibit 46** is a true and correct copy of Episode 50 of the television show *Steven Universe*, entitled "Full Disclosure."

50. Submitted herewith as **Exhibit 47** is a true and correct copy of Episode 51 of the television show *Steven Universe*, entitled "Open Book."

51. Submitted herewith as **Exhibit 48** is a true and correct copy of Episode 52 of the television show *Steven Universe*, entitled "Joy Ride."

52. Submitted herewith as **Exhibit 49** is a true and correct copy of Episode 53 of the television show *Steven Universe*, entitled "Say Uncle."

53. Submitted herewith as **Exhibit 50** is a true and correct copy of Episode 54 of the television show *Steven Universe*, entitled "Story for Steven."

54. Submitted herewith as **Exhibit 51** is a true and correct copy of Episode 57 of the television show *Steven Universe*, entitled "Reformed."

55. Submitted herewith as **Exhibit 52** is a true and correct copy of Episode 68 of the television show *Steven Universe*, entitled "Nightmare Hospital."

56. Submitted herewith as **Exhibit 53** is a true and correct copy of Episode 69 of the television show *Steven Universe*, entitled "Sadie's Song."

57. Submitted herewith as **Exhibit 54** is a true and correct copy of Episode 74 of the television show *Steven Universe*, entitled "The Answer."

58. Submitted herewith as **Exhibit 55** is a true and correct copy of Episode 86 of the television show *Steven Universe*, entitled "Mr. Greg."

59. Submitted herewith as **Exhibit 56** is a true and correct copy of the comic book *Steven Universe: Volume One*, published by Boom.

60. Submitted herewith as **Exhibit 57** is a true and correct copy of the comic book *Steven Universe: Volume Two*, published by Boom.

61. Submitted herewith as **Exhibit 58** is a true and correct copy of the comic book *Steven Universe: Too Cool for School*, published by Boom.

62. Submitted herewith as **Exhibit 59** is a true and correct copy of the comic book *Steven Universe and the Crystal Gems*, published by Boom.


Dated: New York, New York
       June 21, 2017

                                                    */s/ Frank D. D'Angelo*
                                                    Frank D. D'Angelo

13421934.2